Court, Appellate Division, Second Department. December 30, 1908.) Action by Arthur L. Lee, as agent, etc., against the Revolving Airship Tower Company No opinion. Judgment of the Municipal Court affirmed, with costs.

LEE, Respondent, v. REVOLVING AIRSHIP TOWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Arthur L. Lee, agent of the Steeplechase Company, etc., against the Revolving Airship Tower Company. No opinion. Motion denied, without costs.

LENT, Respondent, v. NEW PALTZ, H. & P. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Abraham D. Lent against the New Paltz, Highland & Poughkeepsie Traction Company. No opinion. Interlocutory judgment affirmed, with costs, and with leave to defendant, on payment of such costs and of the costs at Special Term, to withdraw demurrer and serve an answer within 20 days.

LEO, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Antonio Leo against the Delaware, Lackawanna & Western Railroad Company. F. W. Thomson, for appellant. J. B. Mackie, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LEO v. DELAWARE, L. & W. RY. CO. (two cases). (Supreme Court. Appellate Division, First Department. January 29, 1909.) Actions by Antonio Leo against the Delaware, Lackawanna & Western Railway Company. No opinion. Motions denied, with $10 costs in each case. Orders filed.

LEVIN et al., Appellants, v. SCHADOFF, Respondent, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Joseph Levin and another against Jacob Schadoff, impleaded with others. No opinion. Judgment of the Municipal Court affirmed, with costs.

LINSKY, Appellant, v. HESSEL, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by David A. Linsky against Albert C. Hessel. No opinion. Judgment of the Municipal Court affirmed, with costs.

LIPSCHITZ, Appellant, v. DESOWITZ, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Wolf Lipschitz against Samuel Desowitz. O. Goldzier, for appellant. E. A. Jones, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LITCHFIELD, Respondent, v. BOND et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Edward H. Litchfield against Edward A. Bond and others. No opinion. Order affirmed, with $10 costs and disbursements.

LOFTUS, Appellant, v. LEONARD et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by John J. Loftus against John Leonard and others. Holt & Duross, for appellant. J. J. Mahoney, for respondents. No opinion. Order affirmed, with costs and disbursements. Order filed.

LOGAN, Respondent, v. WHITLEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Ellen R. Logan, as administratrix, etc., against Frederic Nelson Whitley and another. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 114 N. Y. Supp. 255.

LOGERTO, Respondent, v. CENTRAL BLDG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Frank Logerto against the Central Building Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $12,000, in which event the judgment, as reduced, and order, are affirmed, without costs. See, also, 123 App. Div. 840, 108 N. Y. Supp. 604.

RICH, J., votes for reversal.

LONG, Respondent, v. DRUCKER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by William S. Long against Max Drucker. No opinion. Judgment of the Municipal Court affirmed, with costs.

LONZONO, Respondent, v. NEW YORK CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Joseph Lonzono against the New York Contracting Company. J. C. Toole, for appellant. M. S. Bevins, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LOVELY, Appellant, v. OCEAN S. S. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Mary Lovely, as administratrix, against the Ocean Steamship Company. D. C. Hirsch, for appellant. H. Barry, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LUCY, Respondent, v. AMERICAN BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Margaret Lucy, as administratrix de bonis non of Timothy Lucy, deceased, against the American Bridge Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., not voting.

LUONGO v. DAVIS. (Supreme Court, Appellate Division, First Department. December